UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| ADMIRAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV424-021 |
| VITUS GROUP LLC, *et al.*, | ) ) | |
| Defendants. | ) | |

# ORDER

Before the deadline to answer or otherwise respond to Plaintiff's Amended Complaint, Defendants Vitus Group LLC; Westlake Linwood Housing Partners, LP; Westlake Linwood Housing Management LLC; Vitus Development IV, LLC; The Pines Housing Partners LP; Hilton Head Housing Partners LP; Hollywood Shawnee Housing Management, LLC; and Hollywood Shawnee Housing Partners, LP (collectively, the "Vitus Defendants") filed a Partial Motion to Dismiss, or, in the alternative, Motion to Strike. *See* doc. 84. The Vitus Defendants now move to stay their deadline to answer the Amended Complaint pending

disposition of that Motion. *See* doc. 86.[1] The deadline to respond to the Vitus Group's Motion to Stay has passed without opposition from the other parties. *See* S.D. Ga. L. Civ. R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion.").

Generally, a defendant must file any required response to an amended pleading within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later. Fed. R. Civ. P. 15(a)(3). However, when a party files a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, the deadline to serve a responsive pleading is 14 days after the Court denies the Rule 12 motion or decides to postpone its disposition of the Rule 12 motion until trial. *See* Fed. R. Civ. P. 12(a)(4)(A). Motions to dismiss and

---

[1] The Vitus Defendants did not indicate whether Plaintiff and the named individual defendants—Jamie Burton, Wanya McKnight, and Ashley Thomas—consent to the Motion to Stay. *See generally* doc. 86. The Vitus Defendants are reminded that "[w]here practical, parties should indicate whether a motion is unopposed." S.D. Ga. L.R. 7.1(b); *see also doc*. 44 at 2. Without the explicit consent or non-opposition of all the parties, a motion is not ripe for disposition until the response period ends. *See* S.D. Ga. L.R. 7.5 (allowing 14 days for opposing parties to respond to a motion).

motions to strike are made pursuant to Rule 12.  *See* Fed. R. Civ. P. 12(b), (f).  An answer is a responsive pleading.  *See* Fed. R. Civ. P. 7(a)(2).

Because the Partial Motion to Dismiss or, in the alternative, Motion to Strike, is made pursuant to Rule 12, the Vitus Defendants must file an answer within 14 days of the Court denying the Motion or postponing disposition of the Motion until trial.  *See* Fed. R. Civ. P. 12(a)(4)(A).  The Court therefore **GRANTS** the Vitus Defendants' Motion to Stay Deadline to Answer.  Doc. 86.  In accordance with Rule 12(a)(4)(A), the Court **DIRECTS** the Vitus Defendants to answer or otherwise respond to the Complaint within 14 days of the Court's ruling on their Partial Motion to dismiss or, in the alternative, Motion to Strike.  Doc. 84.

**SO ORDERED**, this 9th day of December, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA